Dan DOSS, Appellant, v. UNITED STATES of America, Appellee.

No. 11735.

Circuit Court of Appeals, Fifth Circuit.

Dec. 12, 1946.

Dan Doss, of Leavenworth, Kan., for appellant, in pro. per.

Malcolm E. Lafargue, U. S. Atty., of Shreveport, La., for appellee.

Before HUTCHESON, McCORD, and LEE, Circuit Judges.

PER CURIAM.

On authority of Morgan v. Devine, 237 U.S. 632, 35 S.Ct. 712, 59 L.Ed. 1153, the judgment, 66 F.Supp. 243, is affirmed.

William P. DOYLE and Crystal G. Doyle, Plaintiffs-Appellants, v. David M. MILTON, et al., Defendants-Appellees.

No. 137, Docket 20453.

Circuit Court of Appeals, Second Circuit.

Dec. 12, 1946.

M. Victor Leventritt, of New York City, for plaintiffs-appellants.

Satterlee, Warfield & Stephens, of New York City, (Lloyd F. Thanhouser, of New York City, of counsel), for defendants-appellees.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

Al WILLIAMS and Al Williams Health System of Los Angeles, Inc., a Corporation, Appellants, v. Michael J. FANNING, Individually and as Postmaster of the City of Los Angeles, California, Appellee.

No. 11317.

Circuit Court of Appeals, Ninth Circuit.

Dec. 6, 1946.

Richard L. North, of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., and Ronald Walker and Clarke E. Stephens, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon the authority of Neher v. Harwood, 9 Cir., 128 F.2d 846, 158 A.L.R. 1116, the judgment in this case is affirmed.